CLAYTON M. JONES, Appellant, *v.* NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Respondent.

Submitted February 23, 1954; decided March 11, 1954.

Motion for reargument of motion for leave to appeal denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 984.]